**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  26-23465-CV-MIDDLEBROOKS**

YULIESKY COLINA MENA,

     Petitioner,

v.

WARDEN, FLORIDA SOFT SIDE SOUTH,

     Respondent.

_____/

## ORDER TRANSFERRING CASE

**THIS CAUSE** is before the Court on the *pro se* Petition for Writ of Habeas Corpus brought pursuant to 28 U.S.C. § 2241 ("Petition") (DE 1) by Petitioner Yuliesky Colina Mena ("Petitioner"), challenging his continued detention by immigration officials.  As relief, Petitioner requests that he be immediately released from immigration custody with or without a bond hearing. (*Id.* at 4).

An action brought pursuant to 28 U.S.C. § 2241 is the proper vehicle to challenge the calculation and execution of a sentence.  *Antonelli v. Warden, U.S.P., Atlanta,* 542 F.3d 1348, 1352 (11th Cir. 2008) (citation omitted); *Bishop v. Reno*, 210 F.3d 1295, 1304 n.14 (11th Cir. 2000).  Under 28 U.S.C. § 2241, "[D]istrict courts are limited to granting habeas relief 'within their respective jurisdictions.'" *Rumsfeld v. Padilla,* 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)).  Thus, "for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Id.* at 443.

Petitioner is currently confined at the Florida Soft Side South Facility in Collier County,

Ochopee, Florida (DE 1 at 5), which is within the jurisdiction of the United States District Court for the Middle District of Florida.  *See* 28 U.S.C. § 89(b).  The Middle District of Florida is Petitioner's present district of confinement; therefore, this Court lacks jurisdiction to hear this case.  Accordingly, upon review of the Petition and relevant authorities, it is

**ORDERED** that this matter be **TRANSFERRED** to the United States District Court for the Middle District of Florida.  The Clerk of Court shall send a copy of this Order to the addressees listed below, note the Court's docket that this has been accomplished as ordered, and then **CLOSE** this case.

**SIGNED** in Chambers at West Palm Beach, Florida on this 20th day of May, 2026.

Donald M. Middlebrooks
United States District Judge

**Copies furnished to:**

**Yuliesky Colina Mena,** *Pro Se*
Alien # 240205988
Florida Soft Side South
Inmate Mail/Parcels
54575 Tamiami Trail E NA
Ochopee, FL 34141

**United States Attorney**
Noticing 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov

**United States Immigration Attorney**
Noticing INS Attorney
Email: usafls-immigration@usdoj.gov